

# JUDGMENT

# Court of Appeals

# First District of Texas

NO. 01-14-00908-CV

WILLIAM MARSH RICE UNIVERSITY, RICE UNIVERSITY POLICE
DEPARTMENT, AND OFFICER HENRY CASH, Appellants

V.

MICHAEL CLAYTON THOMAS, Appellee

Appeal from the 80th District Court of Harris County.   (Tr. Ct. No. 2013-06667).

This case is an appeal from the final judgment signed by the trial court on October 22, 2014.   After submitting the case on the appellate record and the arguments properly raised by the parties, the Court holds that there was reversible error in the trial court's judgment in the following respect: the appellants, William Marsh Rice University Police Department, and Officer Henry Cash, were entitled to summary judgment.   Accordingly, the Court **reverses** the trial court's judgment and **renders** judgment that the appellee, Michael Clayton Thomas, take nothing by his claims.

The Court orders that the appellee, Michael Clayton Thomas, pay all appellate costs.

The Court **orders** that this decision be certified below for observance.

Judgment rendered June 4, 2015.

Panel consists of Chief Justice Radack and Justices Brown and Lloyd. Opinion delivered by Justice Brown.